IN THE UNITED STATES BANKRUPTCY COURT

FOR THE Eastern District of Pennsylvania

Philadelphia DIVISION

IN RE: Eroleen Nelson

CASE NO. 20-12032

CLAIM: 1

## <u>NOTICE OF CHANGE OF ADDRESS BY A CREDITOR</u>

COMES NOW, Steward Financial Services, LLC
hereby request the Trustee notice and payment address on its claim for the
above mentioned case be changed from the following address:

**Steward Financial Services, LLC**
**499 Old Kings Hwy**
**Maple Shade Township, NJ 08052**

To the new address below:

**Steward Financial Services, LLC C/O Westlake Portfolio Management**
**4751 Wilshire Blvd Suite 100**
**Los Angeles, CA 90010**

This address change pertains to Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ Angeles Prado                                           Date: 09/12/2020
Angeles Prado
Telephone: (864) 248-8725