```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                                    Case No. 20-12032-mdc
Eroleen Nelson                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1            Date Rcvd: Sep 10, 2020
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
db         Eroleen Nelson,   6422 North Beechwood Street,   Philadelphia, PA  19138-2504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:
              JENNIFER D. GOULD    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              MARK W. ADAMS     on behalf of Debtor Eroleen  Nelson mark-law@comcast.net,  mark-law2@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eroleen Nelson
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−12032−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 10, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Magdeline D. Coleman
                                                Chief Judge ,
                                                United States Bankruptcy Court

                                                                     19
                                                               Form 155