## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>EROLEEN NELSON<br>    Debtor | Case No. 20-12032-amc |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>EROLEEN NELSON<br>    Respondent | 11 U.S.C. §362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **May 14, 2024**, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

        Clerk's Office, U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

        Brock and Scott, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **May 21, 2024,** at **11:00 AM**, in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

April 24, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>EROLEEN NELSON<br>    Debtor | Case No. 20-12032-amc |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant<br><br>vs.<br>EROLEEN NELSON<br>    Respondent | Chapter 13<br><br><br><br><br>11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on **April 24, 2024**.

The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by First Class Mail**

EROLEEN NELSON
6422 NORTH BEECHWOOD STREET
PHILADELPHIA, PA 19138-2504

**Service by Electronic Notification**

Mark W. Adams
Law Offices of Mark W. Adams
219 Race Street Suite B
Philadelphia, PA 19106
mark-law@comcast.net

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 24th day of April, 2024.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com