**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| EROLEEN NELSON, | : | Bankruptcy No. 20-12032-amc |
|    Debtor | : | Chapter 13 |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services | : | |
|    Movant | : | |
| | : | |
|    v. | : | |
| EROLEEN NELSON | : | 11 U.S.C. §362 |
|    and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
|    Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING PERITUS PORTFOLIO SERVICES II, LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES'S**
**MOTION FOR RELIEF FROM STAY (DE 32)**

The undersigned hereby certifies that, as of May 8, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before April 24, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  May 15, 2024           Respectfully submitted,

                                           Brock & Scott, PLLC

                                           */s/Andrew Spivack*
                                           Andrew Spivack, PA Bar No. 84439
                                           Matthew Fissel, PA Bar No. 314567
                                           Mario Hanyon, PA Bar No. 203993
                                           Ryan Starks, PA Bar No. 330002

Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : |
| **EROLEEN NELSON,** | : Bankruptcy No. 20-12032-amc |
|     Debtor | : Chapter 13 |
| **Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services** | : |
|     Movant | : |
| | : |
|         v. | : |
| **EROLEEN NELSON** | : 11 U.S.C. §362 |
|     and | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | |
|     Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on May 16, 2024 to the following:

EROLEEN NELSON
6422 NORTH BEECHWOOD STREET
PHILADELPHIA, PA 19138-2504

Mark W. Adams, Debtor's Attorney
Law Offices of Mark W. Adams
219 Race Street Suite B
Philadelphia, PA 19106
mark-law@comcast.net

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

                                                */s/Andrew Spivack*
                                        Andrew Spivack, PA Bar No. 84439
                                        Matthew Fissel, PA Bar No. 314567

Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com