# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>EROLEEN NELSON<br>    Debtor | Case No. 20-12032-amc<br><br>Chapter 13 |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant | |
| vs.<br>EROLEEN NELSON<br>    Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this  22nd  day of  May            , 20 24 , at **PHILADELPHIA**, upon Motion of Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2016 NISSAN SENTRA (hereinafter the Property), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Contract, including repossession and sale of the Property; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Ashely M. Chan
BANKRUPTCY JUDGE