United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12032-amc |
| Eroleen Nelson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eroleen Nelson, 6422 North Beechwood Street, Philadelphia, PA 19138-2504 |
| cr | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenecville, NJ 08648-2316 |
| cr | + | Steward Financial Services, LLC C/O Westlake Portf, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | May 22 2024 23:45:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | May 22 2024 23:45:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2024 23:54:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 24, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 6 |

ANDREW L. SPIVACK
    on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bkgroup@kmllawgroup.com

JENNIFER D. GOULD
    on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com;lsciscio@stark-stark.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK W. ADAMS
    on behalf of Debtor Eroleen Nelson mark-law@comcast.net  mark-law2@comcast.net

MATTHEW K. FISSEL
    on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>EROLEEN NELSON<br>　　Debtor | Case No. 20-12032-amc |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>　　Movant | Chapter 13 |
| vs.<br>EROLEEN NELSON<br>　　Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this <u>22nd</u> day of <u>May</u>, 20<u>24</u>, at **PHILADELPHIA,** upon Motion of Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2016 NISSAN SENTRA (hereinafter the Property), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Contract, including repossession and sale of the Property; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　BANKRUPTCY JUDGE