United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-12032-djb
Eroleen Nelson     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 30, 2025     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eroleen Nelson, 6422 North Beechwood Street, Philadelphia, PA 19138-2504 |
| 14494949 | + | Dental Solutions, 722 Market Street, Philadelphia, PA 19106-2312 |
| 14494953 | + | Law Offices of Hayt, Hayt & Landau, LLC, Two Industrial Way West - P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14494955 | + | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |
| 14875813 | + | Peritus Portfolio Services II ,et al, C/O Matthew K. Fissel, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14496358 | + | Steward Financial Services, c/o Jennifer D. Gould, Esq., Stark & Stark, P.C., 777 Township Line Rd., Suite 120, Yardley, PA 19067-5559 |
| 14496689 | + | Steward Financial Services,, c/o Jennifer D. Gould, Esquire, Stark & Stark, A Professional Corporation, 777 Township Line Rd., Suite 120, Yardley, PA 19067-5559 |
| 14494958 | | Steward Financial Svcs, C/O Westlake Portfolio Management, Los Angeles, CA 90010, 4751 Wilshire Blvd Suite 10 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2025 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14494946 | + | Email/Text: bankruptcy@rentacenter.com | May 31 2025 00:29:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14494947 | + | Email/Text: bsimmons@amsher.com | May 31 2025 00:29:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14511654 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2025 00:37:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504635 | | Email/Text: bnc-thebureaus@quantum3group.com | May 31 2025 00:29:00 | Bureaus Investment Group Portfolio No 15 LLC, P O Box 788, Kirkland, WA 98083-0788 |
| 14525393 | | Email/Text: megan.harper@phila.gov | May 31 2025 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14494948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2025 00:37:53 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14494950 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 31 2025 00:29:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14498413 | ^ | MEBN | May 31 2025 00:27:18 | GATEWAY MORTGAGE GROUP, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510421 | | Email/Text: bankruptcy@gatewayloan.com | May 31 2025 00:29:00 | Gateway Mortgage Group, et al, c/o Gateway |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| | | | Mortgage Group, LLC, 224 South Gateway Place, Jenks, OK 74037-3448 |
| 14494951 | + Email/Text: bankruptcy@gatewayloan.com | May 31 2025 00:29:00 | Gateway Mortgage Grp, Attn: Bankruptcy Dept., 244 S Gateway Place, Jenks, OK 74037-3448 |
| 14494952 | + Email/Text: ahamilton@hillcrestdavidson.com | May 31 2025 00:29:00 | Hillcrest Davidson & A, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 14508794 | + Email/Text: bankruptcydpt@mcmcg.com | May 31 2025 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14494954 | + Email/Text: bankruptcydpt@mcmcg.com | May 31 2025 00:29:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14875814 | Email/Text: peritus@ebn.phinsolutions.com | May 31 2025 00:29:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14494956 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2025 00:37:47 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14505654 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2025 00:37:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14494957 | ^ MEBN | May 31 2025 00:27:06 | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14620236 | ^ MEBN | May 31 2025 00:27:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14506435 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 31 2025 00:37:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 30, 2025 | Form ID: 138OBJ | Total Noticed: 29

on behalf of Creditor GATEWAY MORTGAGE GROUP LLC bkgroup@kmllawgroup.com

JENNIFER D. GOULD
on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com
mdepietro@stark-stark.com;lsciscio@stark-stark.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARK W. ADAMS
on behalf of Debtor Eroleen Nelson mark-law@comcast.net mark-law2@comcast.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 49 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Eroleen Nelson ) Case No. 20−12032−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 30, 2025         For The Court

        Timothy B. McGrath
        Clerk of Court