

PO Box 101584
Nashville TN 37224

**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS.**

▓ROLEEN NELSON
▓422 N BEECHWOOD ST
▓HILADELPHIA          PA 19138

**YOUR MORTGAGE PAYMENT MAY BE CHANGING**

| | |
|---|---|
| Escrow Statement Date: | 4/3/2023 |
| New Payment Effective Date: | 6/1/2023 |
| New Monthly Payment: | $941.95 |

For Property Located At:

6422 N BEECHWOOD ST
PHILADELPHIA PA 19138-0000

## CONTACT US

▶ **Contact us Online:**

www.GatewayFirst.com

▶ **Customer Service:**

877.764.9319

▶ **Mail your payment:**

P.O. Box 21044
Tulsa, OK 74121

## Annual Escrow Account Disclosure Statement

| Your Current Payment... | |
|---|---:|
| Old Monthly Payment: | $909.53 |
| PRIN & INTEREST | $665.07 |
| ESCROW PAYMENT | $244.46 |

| Effective 6/1/2023, You Must Pay... | |
|---|---:|
| New Monthly Payment: | $941.95 |
| PRIN & INTEREST | $665.07 |
| ESCROW PAYMENT | $276.88 |

**Your new total monthly payment is $941.95 effective with your 6/1/2023 payment**

### Anticipated Activity From 6/1/2022

This table illustrates anticipated activity at the time of your last escrow analysis.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Required Escrow Balance |
|---|---|---|---|---|
| | | | Starting Balance | $820.28 |
| JUN 2022 | $244.46 | ($80.42) | RISK BASE PREM | $984.32 |
| JUL 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,148.36 |
| AUG 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,312.40 |
| SEP 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,476.44 |
| OCT 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,640.48 |
| NOV 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,804.52 |
| DEC 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,968.56 |
| JAN 2023 | $244.46 | ($80.42) | RISK BASE PREM | $2,132.60 |
| FEB 2023 | $244.46 | ($1,223.87) | HOMEOWNERS INS | $328.08 |
| FEB 2023 | | ($80.42) | RISK BASE PREM | |
| FEB 2023 | | ($744.69) | CITY | |
| MAR 2023 | $244.46 | ($80.42) | RISK BASE PREM | $492.12 |
| APR 2023 | $244.46 | ($80.42) | RISK BASE PREM | $656.16 |
| MAY 2023 | $244.46 | ($80.42) | RISK BASE PREM | $820.20 |
| **Total** | **$2,933.52** | **$2,933.60** | | |

### Actual Activity From 6/1/2022

This table illustrates actual activity of payments to and from your escrow account since your last escrow analysis.

| Date | Actual Payments To Escrow | Actual Payments From Escrow | Bill Description | Actual Escrow Balance |
|---|---|---|---|---|
| | | | Starting Balance | ($261.79) |
| JUN 2022 | $353.25 | ($80.42) | RISK BASE PREM | $11.04 |
| JUL 2022 | $0.00 | ($80.42) | RISK BASE PREM | ($69.38) |
| AUG 2022 | $353.25 | ($80.42) | RISK BASE PREM | $203.45 |
| SEP 2022 | $706.50 | ($80.42) | RISK BASE PREM | $829.53 |
| OCT 2022 | $353.25 | ($80.42) | RISK BASE PREM | $1,102.36 |
| NOV 2022 | $488.92 | ($80.42) | RISK BASE PREM | $1,510.86 |
| DEC 2022 | $244.46 | ($80.42) | RISK BASE PREM | $1,674.90 |
| JAN 2023 | $244.46 | ($80.42) | RISK BASE PREM | $466.00 |
| JAN 2023 | | ($1,292.52) | HOMEOWNERS INS | |
| JAN 2023 | | ($80.42) | RISK BASE PREM | |
| FEB 2023 | $244.46 | ($1,086.24) | CITY | ($375.78) |
| MAR 2023 | $244.46 | ($80.42) | RISK BASE PREM | ($211.74) |
| APR 2023 | $0.00 | $0.00 | | ($211.74) |
| MAY 2023 | $0.00 | $0.00 | | ($211.74) |
| **Total** | **$3,233.01** | **$3,182.96** | | |

Due to the timing of your escrow analysis, the last month of actual activity may reflect $0.00 to Escrow. However, for the purpose of your analysis, we include any scheduled payments to and from escrow in the calculation.

## Anticipated Activity for the Next 12 months

This table illustrates anticipated payments into escrow and disbursements from escrow over the next 12 months.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Anticipated Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | $1,097.72 | $991.15 |
| JUNE 2023 | $276.88 | ($78.65) | RISK BASE PREM | $1,295.95 | $1,189.38 |
| JULY 2023 | $276.88 | ($78.65) | RISK BASE PREM | $1,494.18 | $1,387.61 |
| AUGUST 2023 | $276.88 | ($78.65) | RISK BASE PREM | $1,692.41 | $1,585.84 |
| SEPTEMBER 2023 | $276.88 | ($78.65) | RISK BASE PREM | $1,890.64 | $1,784.07 |
| OCTOBER 2023 | $276.88 | ($78.65) | RISK BASE PREM | $2,088.87 | $1,982.30 |
| NOVEMBER 2023 | $276.88 | ($78.65) | RISK BASE PREM | $2,287.10 | $2,180.53 |
| DECEMBER 2023 | $276.88 | ($78.65) | RISK BASE PREM | $2,485.33 | $2,378.76 |
| JANUARY 2024 | $276.88 | ($78.65) | RISK BASE PREM | $2,683.56 | $2,576.99 |
| FEBRUARY 2024 | $276.88 | ($1,292.52) | HOMEOWNERS INS | $503.03 | $396.46 |
| FEBRUARY 2024 | | ($78.65) | RISK BASE PREM | $503.03 | |
| FEBRUARY 2024 | | ($1,086.24) | CITY | $503.03 | |
| MARCH 2024 | $276.88 | ($78.65) | RISK BASE PREM | $701.26 | $594.69 |
| APRIL 2024 | $276.88 | ($78.65) | RISK BASE PREM | $899.49 | $792.92 |
| MAY 2024 | $276.88 | ($78.65) | RISK BASE PREM | $1,097.72 | $991.15 |
| **Total** | **$3,322.56** | **$3,322.56** | | | |

### How We Calculate Your Surplus or Shortage

- The **anticipated starting balance** for the upcoming 12 month period is $1,097.72. The **required escrow balance** is $991.15, and reflects what your escrow balance must be to ensure your account does not fall below the minimum required balance (**escrow cushion**) over the next 12 months.
- An **escrow cushion** is a required reserve amount set by the Real Estate Settlement and Procedures Act (RESPA) and cannot exceed 1/6th of your total annual escrow expenses, excluding mortgage insurance premiums, unless state law specifies a lower amount.
- Your **escrow cushion** is $396.46
- Subtract the anticipated escrow balance from the required escrow balance to determine your escrow surplus or shortage.

### Escrow Payment Calculation

(1) Divide total annual expenses, $3,322.56, by 12 to determine the unadjusted escrow payment. This is the base amount that must be paid into your escrow account each month to meet all expense obligations.
(2) **Your account also contains a surplus of $106.57.**
(3) Your total escrow payment is $276.88 and is required to be paid with your total monthly mortgage payment.

| | | | |
|---|---|---|---|
| Unadjusted escrow payment (1/12th of your total annual expenses) | $276.88 | PRIN & INTEREST | $665.07 |
| Shortage Payment | $0.00 | ESCROW PAYMENT | $276.88 |
| | | SURPLUS REDUCTION | $0.00 |
| Total Escrow Payment | $276.88 | **New Monthly Payment** | **$941.95** |