# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Eroleen Nelson**<br>　　　　　　　　　　Debtor(s)<br><br>**GATEWAY MORTGAGE GROUP, LLC**<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>**Eroleen Nelson**<br>　　　　　　　　　　Debtor(s)<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　Trustee | **BK NO. 20-12032 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 24, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Eroleen Nelson
6422 North Beechwood Street
Philadelphia, PA 19138-2504

Attorney for Debtor(s) (via ECF)
Mark W. Adams, Esq.
Law Offices of Mark W. Adams
219 Race Street
Suite B
Philadelphia, PA 19106

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail

Dated: April 24, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Cronin*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com